UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RANDOLPH SCHMIDT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-CV-601 NCC |
| | ) | |
| JEFF NORMAN, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis in this habeas corpus action brought pursuant to 28 U.S.C. § 2254. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 19th day of April, 2018.

  /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE